SIGNED.

Dated: May 01, 2009

_____
**JAMES M. MARLAR**
**U.S. Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| In re: | ) | Chapter 13 |
|---|---|---|
| STEPHEN A. MOORE, | ) | No. 4:09-bk-01778-JMM |
| Debtor. | ) | **MEMORANDUM DECISION** |

On August 1, 2007, the Debtor agreed to purchase a new 2007 Dodge Ram truck from Tucson Dodge. The transaction broke down as follows:

| | |
|---|---:|
| Official fees | $356.75 |
| Doc. fee | 298.88 |
| Truck price | 33,014.10 |
| Tax | 1,300.78 |
| Total price for new vehicle | $34,970.51 |

To this figure, the dealer <u>added</u> the financed "negative equity" of $3,430.00 from a trade-in, and then <u>deducted</u> a $6,000.00 cash down payment:

| | |
|---|---:|
| Financed negative equity | $3,430.00 |
| Credit for cash down payment | (6,000.00) |
| Amount to be financed | $32,400.51 |

---

[1] The parties' pleadings detail the figure as $32,400.43. Because the contract is so small and some parts are difficult to read, the parties can sort out any discrepancies in future pleadings.

As of the date of filing, the Debtor's payments have reduced the obligation to $27,057.24. From this figure, the Debtor seeks to subtract $3,430.00, which represents the non-purchase money loan for the payoff of the trade-in vehicle (financed negative equity).

This court need not split hairs over the issues in this case. Under the Ninth Circuit's recent BAP ruling *In re Penrod*, 392 B.R. 835 (9th Cir. BAP, 2008), the financed "negative equity" portion of the debt is not includable within the purchase money security interest. This court follows, and believes itself to be bound by the BAP's decision, as it represents an intermediate appellate voice between trial courts and the circuit.

Accordingly, Chrysler Financial's objection is OVERRULED and the Debtor's plan shall be confirmed. The $3,430.00 negative equity figure may not be included within the secured creditor's debt. The Debtor and Trustee shall upload an order confirming the Debtor's chapter 13 plan.

DATED AND SIGNED ABOVE.

COPIES to be sent by the Bankruptcy Notification Center ("BNC") to the following:

Ross K. Meiners, Attorney for Debtor

Dianne C. Kerns, Trustee

Office of the U.S. Trustee